UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BLAKE CHRISTOPHER DAVIS-MURRY, | Case No. 22-cv-04349-WHO (PR) |
|---|---|
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| CONTRA COSTA HEALTH SERVICES, et al., | |
| Defendants. | |

Plaintiff Blake Christopher Davis-Murry filed a complaint and then later that same month he filed two more complaints. (Dkt. Nos. 6, 17, and 18.) Since he filed the last complaint and before my last Order, he made over 60 filings, which appeared to be attempts to amend his complaint, add information, or submit exhibits. He named over 35 defendants, from doctors, to a hospital, to the prison commissary, to mental health professionals, and to correctional officers.

I dismissed the complaints with leave to file "<u>one</u> complaint, in which he must include <u>all</u> the defendants he wishes to sue <u>and include all the exhibits or other materials he needs to include</u>." (Order Dismissing the Complaints, Dkt. No. 86 at 1.) He was informed that "Filing over 60 additions and requests before his complaint has been reviewed is an abuse of litigation rights, delays adjudication of claims, and renders the record confusing and very difficult to comprehend." (*Id.*)

Davis-Murray has not filed an amended complaint. Rather, since the Order Dismissing the Complaints, he has filed over 35 exhibits and letters. (Dkt. Nos. 87-125.) This is exactly what I told him was unacceptable. Accordingly, this federal civil rights

1  action is DISMISSED (without prejudice) for failing to comply with my Order and for

2  failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

3     Because this dismissal is without prejudice, Davis-Murray may move to reopen.

4  Any such motion must (i) have the words MOTION TO REOPEN written on the first

5  page; and (ii) contain a complaint on this Court's form.

6     The Clerk shall enter judgment in favor of defendants, and close the file.

7  **IT IS SO ORDERED.**

8  **Dated:**  April 5, 2023



WILLIAM H. ORRICK
United States District Judge

2